

# Fourth Court of Appeals
## San Antonio, Texas

August 19, 2021

No. 04-21-00215-CV

Johnny **VASQUEZ**,
Appellant

v.

Sonia **SOTELLO**,
Appellee

From the County Court at Law No. 3, Bexar County, Texas
Trial Court No. 2021CV00358
Honorable David J. Rodriguez, Judge Presiding

# O R D E R

Sitting:     Patricia O. Alvarez, Justice
            Luz Elena D. Chapa, Justice
            Irene Rios, Justice

On August 4, 2021, this court dismissed this appeal for want of prosecution. On August 18, 2021, Appellant filed a motion for rehearing. *See* TEX. R. APP. P. 49.1.

The court requests that Appellee file a response to Appellant's motion for rehearing. *See id.* R. 49.2.

If Appellee chooses to file a response, Appellee must file the response, or a motion for extension of time to file a response, within TEN DAYS of the date of this order.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 19th day of August, 2021.



Michael A. Cruz,
Clerk of Court